# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **SERGIO MARROQUIN-SOSA,** <br><br> *Defendant.* | **CRIMINAL ACTION NO.** <br> **3:24-cr-00023-TES-CHW-3** |

## ORDER GRANTING UNOPPOSED
## MOTION TO CONTINUE TRIAL

Before the Court is Defendant Sergio Marroquin-Sosa's Unopposed Motion to Continue Trial [Doc. 60]. On July 9, 2024, the Government obtained an indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 846. [Doc. 1]. Defendant entered a plea of not guilty. [Doc. 41].

Defendant seeks a continuance to negotiate potential resolutions of this case. [Doc. 60, p. 2]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Unopposed Motion for Continuance [Doc. 60] and **CONTINUES** this case and its pretrial conference to the June term—beginning on June 23, 2025. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 2nd day of April, 2025.

                                        S/ Tilman E. Self, III
                                      **TILMAN E. SELF, III, JUDGE**
                                      **UNITED STATES DISTRICT COURT**